In the Matter of the Accounting of MELVILLE E. REGENSBURG et al., as Executors and Trustees under the Will of CARRIE AHRENS, Deceased, Appellants. SOPHY P. REGENSBURG, as Executrix of MELVILLE E. REGENSBURG, Deceased Executor and Trustee, et al., Appellants; ETHEL AHRENS, as Guardian of the Personal Estate of JEROME M. AHRENS, JR., Respondent.

Submitted October 3, 1951; decided October 18, 1951.

Motion to amend the remittitur and for other relief denied, without costs. [See 301 N. Y. 701.] ·